Opinion by Ford, J. In accordance with stipulation of counsel that the items marked "C" consist of candlesticks similar in all material respects to those the subject of Abstract 62036, the claim at 25 percent under paragraph 397, as modified by T.D. 51802, was sustained. The items marked "A," stipulated to be the same as the candlesticks involved in said Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, were held dutiable at 22½ percent under paragraph 397, as modified by T.D. 51802.

No. 64345.—I. Freeman & Son, Inc. *v.* United States, protests 148288–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the items marked "C" consist of candlesticks similar in all material respects to those the subject of Abstract 62036, the claim at 25 percent under paragraph 397, as modified by T.D. 51802, was sustained. The items marked "A," stipulated to be the same as the candlesticks involved in said Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, were held dutiable at 22½ percent under paragraph 397, as modified by T.D. 51802.

No. 64346.—Abraham & Straus, a Division of the Federated Department Stores, Inc., et al. *v.* United States, protests 195456–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

No. 64347.—Shaygen Vacuum Cleaner Distributors, Inc. *v.* United States, protests 266909–K and 268925–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of electrical floor polishers similar in all material respects to those the subject of *United States* v. *Electrolux Corporation* (46 C.C.P.A. 143, C.A.D. 718), the claim of the plaintiff was sustained.

No. 64348.—Columbus Combined Floor Polishers & Cleaners, Inc., et al. *v.* United States, protests 275712–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of electrical floor polishers similar in all material respects to those the subject of *United States* v. *Electrolux Corporation* (46 C.C.P.A. 143, C.A.D. 718), the claim of the plaintiffs was sustained.

No. 64349.—Schreiber Importing Co., Inc. *v.* United States, protest 320159–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of silk woven fabrics in the piece, dyed or colored, valued at more than $5.50 per pound, and not chiefly used for stenciling purposes in screen-process printing, the claim of the plaintiff was sustained.

No. 64350.—J. M. P. R. Trading Corp. and Alltransport, Inc. *v.* United States, protest 58/5550 (New York).